KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

2010 OCT 13  PM 12: 17

DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| RALPH C. CHRISTIANSEN<br>SUELLY M. CHRISTIANSEN | Bankruptcy No. 08-27998 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On June 22, 2010, the following checks were issued in the following amounts:

| CHECK # | CREDITOR & ADDRESS | CHECK AMT. |
|---|---|---|
| 10110 | Utah Community Credit Union<br>1900 N. Canyon Rd., Ste 300<br>Provo, Utah 84604 | 32.10 |
| 10111 | Utah Community Credit Union<br>1900 N. Canyon Rd., Ste 300<br>Provo, Utah 84604 | 111.08 |

2. Said checks were not cashed by the payees.

3. The trustee has stopped payment on said checks.

4. The unclaimed funds are on deposit in The Bank of New York Mellon, Account # 92000253503866.

5. The last known name and address of each payee, to which the check was sent, is listed above.

6. A check in the amount of $143.18, representing said unclaimed funds, made payable to the U.S. Bankruptcy Court Clerk is attached hereto.

DATED this _11_ day of _October_, 2010.

_____
KENNETH A. RUSHTON, Trustee

## MAILING CERTIFICATE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this __11__ day of __October__, 2010.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

_____